**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

CASE NO.: 4:25-cr-99

STEVEN D. SPENCE,

Defendant.

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 9.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** the Indictment in the above-captioned case without prejudice. The Court **DENIES AS MOOT** any pending motions and deadlines and **DIRECTS** the Clerk of Court to **TERMINATE** this case.

**SO ORDERED**, this 25th day of March, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA